## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 20th day of April, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Watkins Oil Co., Inc.*
P.O. Box 1086
Titusville, FL 32781

 

_____
Mary E. Augustine (No. 4477)

623494v1